1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WELLS FARGO BANK, N.A.,                    )
                                           )
                    Plaintiff,             )          Case No.  2:13-cv-01325-MMD-GWF
                                           )
vs.                                        )          **ORDER**
                                           )
TIMBERLAKE STREET AND LANDSCAPE            )
MAINTENANCE ASSOCIATION, *et al.*,         )
                                           )
                    Defendants.            )
_____)

        This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested

Parties as required by LR 7.1-1.  The Complaint (#1) in this matter was filed July 25, 2013.  LR

7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to

interested parties, listing all persons, firms, partnerships or corporations, known to have an interest

in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of

the named non-individual parties.  If there are no known interested parties, other than those

participating in the case, a statement to that effect must be filed.  To date, Plaintiff has failed to

comply.  Accordingly,

        **IT IS ORDERED** that Plaintiff shall file its Certificate as to Interested Parties, which fully

complies with LR 7.1-1 no later than **August 19, 2013.**  Failure to comply may result in the

issuance of an order to show cause why sanctions should not be imposed.

        DATED this 8th day of August, 2013.

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge