1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7
8 WELLS FARGO BANK, N.A., )
 )
9            Plaintiff, )   Case No.  2:13-cv-01325-MMD-GWF
 )
10 vs. ) **ORDER**
 )
11 TIMBERLAKE STREET AND LANDSCAPE )
 MAINTENANCE ASSOCIATION, *et al.*, )
12 )
            Defendants. )
13 _____ )

14       This matter is before the Court on the parties' failure to file a proposed Stipulated

15 Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed July 25, 2013.

16 Defendant Premier One Holdings, Inc. filed its Answer (#11) on August 15, 2013.  Pursuant to LR

17 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30

18 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a

19 mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.

20 Accordingly,

21      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

22 Scheduling Order not later than **October 15, 2013** in compliance with the provisions of LR 26-1 of

23 the Rules of Practice of the United States District Court for the District of Nevada.

24       DATED this 3rd day of October, 2013.

25

26                     _____

27                  GEORGE FOLEY, JR.
                  United States Magistrate Judge

28