1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6                     **DISTRICT OF NEVADA**

7

8    WELLS FARGO BANK, N.A.,                      )
                                                  )
9              Plaintiff,                         )    Case No.  2:13-cv-01325-MMD-GWF
                                                  )
10   vs.                                          )    **ORDER**
                                                  )
11   TIMBERLAKE STREET AND LANDSCAPE              )
     MAINTENANCE ASSOCIATION, *et al.*,          )
12                                                )
               Defendants.                        )
13   _____ )

14           This matter is before the Court on the parties' failure to file a proposed Stipulated

15   Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed July 25, 2013.

16   Defendant Premier One Holdings, Inc. filed its Answer (#11) on August 15, 2013.  Pursuant to LR

17   26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30

18   days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a

19   mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.

20   Accordingly,

21           **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

22   Scheduling Order not later than **October 15, 2013** in compliance with the provisions of LR 26-1 of

23   the Rules of Practice of the United States District Court for the District of Nevada.

24           DATED this 3rd day of October, 2013.

25

26                                             _____
                                               GEORGE FOLEY, JR.
27                                             United States Magistrate Judge

28