JOSEPH Y. HONG, ESQ.
State Bar No. 005995
HONG & HONG
A Professional Law Corporation
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone: (702) 870-1777
Facsimile No.: (702) 870-0500
Email Address: yosuphonglaw@gmail.com
Attorney for Defendant
*PREMIER ONE HOLDINGS, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association, <br><br> Plaintiff, <br><br> vs. <br><br> TIMBERLAKE STREET AND LANDSCAPE MAINTENANCE ASSOCIATION, et al, <br><br> Defendants. | Case No.: 2:13-cv-01325-MMD-GWF <br><br> **SUBSTITUTION OF ATTORNEYS** |

CHARLES D. LOMBINO, ESQ., hereby consents to the substitution of JOSEPH Y. HONG, ESQ., as attorney of record for Defendant, PREMIER ONE HOLDINGS, INC., in the above-entitled matter, in his place and stead.

DATED this 8 day of January, 2014.

HUSTWIT & LOMBINO, LTD.

CHARLES D. LOMBINO, ESQ.
State Bar No. 008547
3291 East Warm Springs Road, Suite 100
Las Vegas, Nevada 89120

Alpine Forest

-1-

1    JOSEPH Y. HONG, ESQ., does hereby agree to be substituted in the place and stead of
2    CHARLES D. LOMBINO, ESQ., as attorney of record for Defendant, PREMIER ONE
3    HOLDINGS, INC., in the above-entitled matter.
4       DATED this ___ day of January, 2014.

                                         HONG & HONG
                                         A Professional Law Corporation


                                         _____
                                         JOSEPH Y. HONG, ESQ.
                                         State Bar No. 005995
                                         10781 West Twain Avenue
                                         Las Vegas, Nevada 89135
                                         Attorney for Defendant
                                         *PREMIER ONE HOLDINGS, INC.*


14   BERTEL BRANDEL, in his capacity as an Authorized Officer of Defendant, PREMIER
15   ONE HOLDINGS, INC., does hereby agree to the substitution of JOSEPH Y. HONG, ESQ., as
16   attorney of record for Defendant, PREMIER ONE HOLDINGS, INC., in the above-entitled
17   matter in the place and stead of CHARLES D. LOMBINO, ESQ.
18      DATED this ___ day of January, 2014.


                                         _____
                                         BERTEL BRANDEL, in his capacity as an
                                         Authorized Officer of *PREMIER ONE*
                                         *HOLDINGS, INC.*

1
2
3                                         **ORDER**
4
5   It is so Ordered:
6
    _____
7   Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of _Feb__, 2014, the foregoing Substitution of Attorney was served on the below named parties through use of this Court's Electronic Filing and Service System pursuant to Electronic Filing Procedures Rule IV(B.).

| | |
|---|---|
| **Jamie S Cogburn**<br>Cogburn Law Offices<br>2879 St. Rose Parkway, Suite 200<br>Henderson, NV 89052 | **John Peter Lee**<br>John Peter Lee, Ltd.<br>830 Las Vegas Blvd. So.<br>Las Vegas, NV 89101 |
| **Matthew Q. Callister**<br>Callister & Reynolds<br>823 Las Vegas Blvd., South<br>5th Floor<br>Las Vegas, NV 89101 | **Micheal J Brock**<br>John Peter Lee, Ltd.<br>830 S. Las Vegas Blvd.<br>Las Vegas, NV 89101 |
| **Ryan D Hastings**<br>Leach Johnson Song & Gruchow<br>8945 W. Russell Road<br>Las Vegas, NV 89148<br><br>**Brooke A. Bohlke**<br>Cogburn Law Offices<br>2879 St. Rose Parkway<br>Suite 200<br>Henderson, NV 89052 | **Mitchell S Bisson**<br>Callister + Associates, LLC<br>823 Las Vegas Blvd. South<br>5th Floor<br>Las Vegas, NV 89101<br><br>**Matthew D. Dayton**<br>Tiffany & Bosco, P.A.<br>212 S. Jones Blvd<br>Las Vegas, NV 89107<br><br>**Gregory L Wilde**<br>Tiffany & Bosco P.A.<br>212 South Jones Blvd.<br>Las Vegas, NV 89107 |

HUSTWIT & LOMBINO, LTD.

By: /s/ _____
CHARLES DOMINICK LOMBINO
3291 E. Warm Springs Rd., Ste. 100
Las Vegas, NV 89120