1  GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
2  MATTHEW D. DAYTON, ESQ.
Nevada Bar No. 11552
3  **TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
4  Las Vegas NV 89107
Fax: (702) 258-8787
5  Attorney for Plaintiff
WELLS FARGO BANK, N.A.

6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

9  | WELLS FARGO BANK, N.A., a national association, | **CASE NO.:** 2:13-cv-01325 |

10 | Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL** |

11

vs.

13 TIMBERLAKE STREET AND
LANDSCAPE MAINTENANCE
14 ASSOCIATION; et al.

15 | Defendants . |

16

17      COMES NOW Plaintiff, Wells Fargo Bank, N.A., Defendant PREMIER ONE

18 HOLDINGS, INC.; and Defendant LIQUN HOLDINGS LIMITED, by and through their

19 respective counsel of record, and hereby stipulate as follows:

20      THAT Plaintiff filed its Complaint on the 25th day of July, 2013 in the United States

21 District Court, District of Nevada as Case No. 2:13-cv-01325 [Doc. 1];

22      THAT Defendant Timberlake Street and Landscape Maintenance was dismissed from

23 the above-entitled matter on January 8, 2014 [Doc. 28];

24      THAT a substantively identical matter was filed on 11th day of July, 2013 in the Eighth

25 Judicial District Court, Clark County Nevada as Case No. A-13-684957-C;

26      THAT the prior exclusive jurisdiction doctrine applies;

27

28

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

- 1 -

THEREFORE pursuant to FRCP 41(a)(ii), the above-entitled action is hereby dismissed without prejudice.

DATED this 13th day of June, 2014.

**TIFFANY & BOSCO, P.A.**                    **HONG & HONG**

_/s/ Matthew D. Dayton_____          _/s/ Joseph Y. Hong_____
Matthew D. Dayton, Esq.                     Joseph Y. Hong, Esq.
Nevada Bar No. 11552                        Nevada Bar No. 5995
212 S. Jones Blvd.                          10781 West Twain Avenue
Las Vegas NV 89107                          Las Vegas, V 89135
Attorney for Plaintiff                      Attorney for Defendant
Wells Fargo Bank, N.A.                      Premier One Holdings

**CALLISTER & ASSOCIATES**

_/s/ Mitchell S. Bisson_____
Mitchell S. Bisson, Esq.
Nevada Bar No. 11920
823 Las Vegas, Blvd South, 5th Floor
Las Vegas, NV 89101
Attorneys for Defendant
Liqun Holdings

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

**TIFFANY & BOSCO, P.A.**

_/s/ Matthew D. Dayton_____
MATTHEW D. DAYTON, ESQ.
212 S. Jones Blvd.
Las Vegas NV 89107
Attorney for Plaintiff

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 13th day of June, 2014, he electronically served the above **STIPULATION OF VOLUNTARY DISMISSAL** to the Clerk's Office using the CM/ECF System for filing transmittal of a Notice of Electronic Filing and to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Steve Black_____
An employee of Tiffany & Bosco, P.A.